IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02241-PAB-CBS

CARLY NEUWAY,

      Plaintiff,

v.

JACK LEON WASINGER, D.D.S.,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      THIS MATTER IS before the court on Plaintiff's unopposed Motion to Modify Scheduling Order (*doc # 21*) filed April 8, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED, and the deadlines set in the Scheduling Order (*doc # 10*) entered December 1, 2010, as amended by the Minute Order (*doc # 20*) entered February 1, 2011, are further amended to the extent set forth below:

| Affirmative expert disclosure | July 15, 2011 |
|---|---|
| Discovery cut-off | September 1, 2011 |
| Dispositive motion deadline | September 15, 2011 |

      IT IS FURTHER ORDERED that the Final Pretrial Conference shall remain scheduled for November 7, 2011, as set in the Court's Minute Order (*doc # 20*) entered February 1, 2011.  The parties shall submit a proposed final pretrial order no later than seven days prior.  *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    April 8, 2011